# UNITED STATES AIR FORCE COURT OF CRIMINAL APPEALS

| | | |
|---|---|---|
| **U N I T E D  S T A T E S,** | ) | **Misc. Dkt. No. 2014-16** |
| **Respondent** | ) | |
| | ) | |
| **v.** | ) | |
| | ) | **NOTICE OF DOCKETING** |
| **Airman Basic (E-1)** | ) | |
| **STEVEN M. CHAPMAN,** | ) | |
| **USAF,** | ) | |
| **Petitioner** | ) | **Panel No. 1** |

A Petition for Extraordinary Relief in the Nature of a Writ of Habeas Corpus in the above styled case was filed with this Court by the Petitioner *Pro se* on the 16th day of December, 2014.

The case has been assigned **Misc. Dkt. No. 2014-16** and has been referred to **Panel 1** for review.



FOR THE COURT

STEVEN LUCAS
Clerk of the Court